**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Justine Persichetti, : | |
| : | Civil Action No.: 1:10-cv-10180 |
| Plaintiff, : | |
| v. : | |
| : | |
| Asset & Capital Management Group; and : | |
| DOES 1-10, inclusive, : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND**
**VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Plaintiff, Justine Persichetti, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 8, 2010

    Respectfully submitted,

    By: /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    BBO No.: 650671
    Lemberg & Associates L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (877) 795-3666
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 8, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

                                                      By: /s/ Sergey Lemberg
                                                            Sergei Lemberg